COSTIN ET AL., APPELLEES, *v.* CONSOLIDATED CERAMIC PRODUCTS, INC., APPELLANT.

[Cite as *Costin v. Consol. Ceramic Products, Inc.,* 102 Ohio St.3d 1211, 2004-Ohio-1757.]

(No. 2003–0569—Submitted March 16, 2004—Decided April 21, 2004.)

{¶ 1} This cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Lowe, Eklund, Wakefield & Mulvihill Co., L.P.A., and Mark L. Wakefield, for appellee Brian Costin.

Weston, Hurd, Fallon, Paisley & Howley, L.L.P., and Shawn W. Maestle, for appellant.